## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 3310 | **DATE** | 11/8/2005 |
| **CASE TITLE** | USA vs. Peter Rogan | | |

**DOCKET ENTRY TEXT**

Dexia Credit and Edgewater Medical Canter's motion for leave to respond to any submission Rogan makes pursuant to the Court's 10/26/05 order is granted. Defendant Rogan's motion to dismiss is denied as moot. Status hearing set for 11/15/05 at 9:00 a.m. for scheduling for trial.

| | Courtroom Deputy Initials: | MF |
|---|---|---|