Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 3310 | **DATE** | 4/17/2006 |
| **CASE TITLE** | USA vs. Peter Rogan | | |

**DOCKET ENTRY TEXT**

Bench trial held and continued to 4/18/06 at 9:45 a.m.

06:00

| | Courtroom Deputy Initials: | MF |
|---|---|---|