

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 07 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| v. ) | |
| PETER ROGAN, ) | Case No. 02C 3310 |
| Defendant. ) | Judge John W. Darrah |

### NOTICE OF TRIAL EXHIBITS

To: Attached Service List

Please take notice that on Wednesday, June 7, 2006, counsel for Defendant Peter Rogan caused the trial exhibits referenced on the attached trial exhibit index to be filed with the Court and become part of the trial record. The trial exhibits were filed in hard copy format, in six volumes, due to their excessive size.

Dated: June 7, 2006

Respectfully submitted,

**PETER ROGAN**

By: _____
One of his attorneys

Neil E. Holmen
Joseph A. Spiegler
Bryna J. Dahlin
Chris J. Stathopoulos
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600

1

## **CERTIFICATE OF SERVICE**

I certify that on this 7th day of June, 2006, the foregoing NOTICE OF TRIAL EXHIBITS was served via email and Federal Express on the following individuals:

SERVICE LIST

Linda A. Wawzenski
Assistant United States Attorney
U.S. Attorney's Office
   for the Northern District of Illinois
Federal Dirksen Building
219 S. Dearborn St.
Chicago, IL 60604
(312) 886-4073 (fax)
Linda.Wawzenski@usdoj.gov

Laurie A. Oberembt
United States Department of Justice
601 D Street, Northwest
Room 6532
Washington DC 20530
(202) 305-7868 (fax)
John.Neal2@usdoj.gov
Laurie.Oberembt@usdoj.gov

_____
Attorney for Peter Rogan

## USA v. ROGAN DEFENDANT'S FINAL EXHIBIT LIST

### DOCUMENTS FROM PRETRIAL ORDER

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 1 | EDGE 00926-00933 | 02/06/1999 | Northside Operating Company d/b/a Edgewater Medical Center Board of Directors Meeting Minutes | | |
| 2 | EDGE 10618-10624 | 08/11/1999 | Northside Operating Company d/b/a Edgewater Medical Center Board of Directors Meeting Minutes | | |
| 3 | Edgewater 034301-034975 | 1995-2000 | Advisory Board Minutes | | |
| 4 | Edgewater 033224-033232 | 1997-1998 | Edgewater Home Health Care Meeting Minutes | | |
| 5 | Edgewater 050801-050803; 050806-050808; 050811-050821; 050827-050829 | Multiple Dates | Medical Staff Executive Committee Meeting Minutes | | |
| 6 | Edgewater 050833-050834; 050838-050841; 050849-050868 | Multiple Dates | Credentials Committee Meeting Minutes | | |
| 7 | Edgewater 034179-034247 | 11/22/1994 | Northside Operating Company d/b/a Edgewater Medical Center Advisory Board Meeting Minutes | | |
| 9 | RCI 006735-006738 | 04/19/1996 | Northside Operating Company Special Telephonic Meeting Minutes | | |
| 11 | RCI 006939-006982 | 09/24/1997 | Northside Operating Company d/b/a Edgewater Medical Center Advisory Board Meeting Minutes | | |

1

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 12 | 90476-90479 | 08/11/1998 | Northside Operating Company d/b/a Edgewater Medical Center Surgical Services Staff Meeting Minutes | | |
| 13 | RCI 009225-009228 | 12/16/1998 | Northside Operating Company d/b/a Edgewater Medical Center Local Governing Board Meeting Minutes | | |
| 14A | EDGE 20775-20778 | 12/08/1999 | Edgewater Medical Center Management Meeting Minutes | | |
| 14B | EDGE 21041-21046 | 01/12/2000 | Edgewater Medical Center Management Meeting Minutes | | |
| 14C | EDGE 21053-21057 | 01/05/2000 | Edgewater Medical Center Management Meeting Minutes | | |
| 16 | VAL 010659-010672 | 12/03/1996 and 09/16/1994 | Letter from J. Tatooles to D. Shanahan re: Updated Management Fee Study with Coopers & Lybrand L.L.P. Report on Northside Operating Company Management Fee Study attached | | |
| 17 | FL 005305 | 02/03/1995 | Memo from H. Zeisel to D. Finnane with copy to P. Rogan re: Braddock Management Fee | | |
| 20A | VAL 010731-32 | 12/05/1997 | Fax Cover Sheet from D. Miller to D. Shanahan re: Braddock Management L.P. Three Year Compensation Summary | | |
| 20B | 12862 | | Professional Cardiology Test Interpretation Services re: Medical Group Management Association 1999 Physician Compensation Survey | | |
| 21 | RCI 015990 | 05/01/1997 | Invoice/Letter from Braddock Management L.P. to K. Huff re: Invoice for Management Fees | | |
| 23 | RDX 044076-044079 | 01/23/1998 | Valuation Counselors Reasonableness of Management Fees Opinion | | |
| 24 | RCI 026172-026173 | 03/03/1998 | Letter from P. Rogan to B. Macon Brewer, G. Chapas and W. Fruland re: Comparison of Management Fees | | |

2

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 25 | Edgewater 036857-036894 | 06/01/1998 | Northside Operating Company d/b/a Edgewater Medical Center Strategic Plan 1998 | | |
| 47 | 13284-13285 | Undated | Instituto Latino de Cardiologia Implementation Plan | | |
| 48 | 13286-13288 | Undated | Handwritten notes from A. Cubria to R. Ehman re: advertising campaign | | |
| 49 | 13141 | 05/08/1997 | Letter from A. Cubria to R. Ehmen re: Establishment of Hispanic Cardiac Institute | | |
| 50 | 13321-13327 | 05/14/1997 | Quinton Instrument Company Proposal to A. Cubria re: Medical Equipment | | |
| 51 | 13348-13361 | 05/15/1997 | Memo from A. Cubria to P. Rogan re: Outline for Spanish Heart Institute | | |
| 52 | RCI 012607-012611 | 06/11/1997 | Management Meeting Minutes re: Expansion of Hispanic Heart Program | | |
| 53A | 13310-13320 | 06/26/1997 | Instituto Latino Cardiologia Proposal --- Draft with handwritten notes | | |
| 53B | 13362-13407 | 06/26/1997 | Instituto Latino Cardiologia Proposal -- Draft with handwritten notes | | |
| 53C | 13289-13309 | 06/27/1997 | Instituto Latino de Cardiologia Proposal | | |
| 53D | 13329-13347 | 06/27/1997 | Instituto Latino Cardiologia Proposal with handwritten notes | | |
| 54 | 13328 | 07/03/1997 | Memo from A. Cubria to P. Rogan re: hard data from Instituto Latino de Cardiologia | | |
| 55 | 13167 | 07/28/1997 | Memo from A. Cubria to P. Rogan re: Fee for Implementation of Instituto Latino de Cardiologia | | |
| 56 | 13166 | 09/09/1997 | Memo from R. Ehmen to P. Rogan re: Latino Heart Program Implementation | | |
| 57A | 12823 | 01/27/1998 | Letter from R. Ehmen to A. Cubria re: termination | | |
| 59 | | | Edgewater Medical Center Eco-Cariogramma "Instituto" | | |

3

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 63A | 14700-15007 | Multiple Dates | A. Cubria Credentialing File | | |
| 68 | 13168 | 11/07/1997 | Edgewater Medical Center Payment Summary Sheet for A. Cubria | | |
| 72 | Edgewater 036692 | 09/14/1998 | Memo from N. Del Vecchio to A. Cubria re: Instituto Medico Latino New Phone Line | | |
| 84 | C 01870-793 | 02/03/1997 -- 02/02/1998 | Billing Records of Nicholas S. Rantis & Assoc., Ltd. | | |
| 85 | 25100 | 05/04/1998 | Letter from R. Ehmen to S. Rao Vavilikolanu re: default on services contract | | |
| 88 | C 018441 | 10/15/1997 | Letter from S. Rantis to J. Tatooles re: Florascribe/Edgewater Management Contract | | |
| 89 | E 008333-008533 | Multiple Dates | R. Barnabas Physician Credentialing File | | |
| 91 | Edgewater 050148; 44105-44120 | Multiple Dates | Meetings with R. Barnabas Minutes | | |
| 102A | RDX 050190-050199 | 09/25/1990 | Agreement for employment services between Edgewater Medical Center and R. Ehmen | | |
| 102B | RDX 050200-050208 | 09/17/1993 | Agreement for employment services between Edgewater Medical Center and R. Ehmen | | |
| 102C | RDX 050209-050216 | 01/01/1997 | Agreement for employment between Braddock Management L.P. and R. Ehmen | | |
| 112A | E 008144-008145 | 10/05/2001 | Polygraph Report | | |
| 112B | 86062-86063 | 10/10/2001 | Polygraph Report | | |
| 113B | RDX 057181 | 1997-1998 | EMC Memo to Board of Directors re: Various Compensation Analysis | | |

4

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 119 | Edgewater 037021-037026 | 04/25/1995 | Edgewater Medical Center Memo from P. Rogan to S. Gross re: Commitment Greater than $100,000.00 | | |
| 124 | BRAD 000075-000083 | 03/28/2000 | Letter from R. Baudino to P. Rogan re: Legal Opinion Regarding Management Fees Paid by Edgewater Medical Center to Braddock | | |
| 125 | BRAD 000104-000130 | 05/12/1999 | Letter from R. Baudino to J. Tatooles re: Braddock Management, L.P. | | |
| 126 | RCI 028387-88 | 12/01/2000 | Letter from J. Tatooles to T. Genley re: R. Baudino Opinions and Agreements | | |
| 127 | Baudino 34199-34203 | 02/09/2000 | Memo from R. Hoban to Board of Directors re: Management Agreements | | |
| 137 | TR 001339-001365 | 11/1993 | Limited Partnership Agreement of Braddock Management L.P. | | |
| 138 | FL 000199-000205 | 05/11/1994 | Memo from S. McMillan and R. Kay to Members of Edgewater Working Group re: Updated Timetable and Working Group List | | |
| 139 | CB 02011-02181 | 07/01/1994 | Limited Offering Memorandum by Illinois Health Facilities Authority | | |
| 140 | FL 015691-015695 | 07/20/1994 | Memo from K. Scanlan to M. Olson re: Edgewater Merger Agreement Exhibit 2(u) Updates attaching Physician Contracts List | | |
| 141 | FL 000239-000240 | 08/19/1994 | Letter from R. Zimmerman to F. S. Gross re: Legal Services for Edgewater Hospital and Medical Center | | |
| 143 | RCI 006765-006776 | 08/05/1996 | Letter from K. Huff to LaSalle and IHFA re: Quarterly Report | | |
| 144 | Arent Fox 000077-000080 | 02/17/1998 | Letter from D. Finnane to J. Flaherty re: Northside Operating Company Transaction | | |

5

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 146 | E 002948-003038 | 05/20/1998 | Illinois Health Facilities Authority Variable Rate Demand Revenue Bonds (EMC) | | |
| 150B | 13028; 13032; 13036; 10343; 10346; 10348; 13056; 13058; 13060; 13062; 13064; 44169 | 1995 | EMC Physician Contracts List | | |
| 150C | 13084; 13086; 10390; 13092; 13096; 13098; 13100; 13102; 13106; 13108; 13110; 44151; 44153; 44155; 44157; 44159; 44147; 44149; 44161; 44163; 44165; 44167 | 1996 | EMC Physician Contracts List | | |
| 150D | 13112; 13114; 13116; 13118; 13127; 13129; 13189; 13143; 13144; 13151; 13152; 13163; 13175; 13176; 13181; 13182; 44172; 44173; 44175; 44176; 44180; 44181; 44189; 13135 | 1997 | EMC Physician Contracts List | | |

6

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 150E | 13187; 13188; 13192; 13193; 13195; 13196; 13198; 13199; 13201; 13202; 13204; 13205; 13207; 13208; 13210; 13211; 13213; 13214; 13216; 13217; 13219; 13220; 13224; 13225; 44202; 44203; 44205; 44206 | 1998 | EMC Physician Contracts List | | |
| 150F | 93426-93427 | 12/2000 | Physician Contract List | | |
| 150G | 13227; 13228; 13230; 13231; 13235; 13236; 13238; 13239; 13241; 13242; 13247; 13251; 13253; 13258 | 01/1999 03/1999 05/1999 06/1999 08/1999 09/1999 11/1999 12/1999 | EMC Physician Contracts List | | 13227; 13228; 13230; 13231; 13235; 13236; 13238; 13239; 13241; 13242; 13247; 13251; 13253; 13258 |
| 150H | 13260; 13262; 13265; 13268; 13270; 13276; 13279; 13282 | 03/2000 04/2000 05/2000 06/2000 08/2000 09/2000 | EMC Physician Contracts List | | |
| 150I | RCI 27612-614; 27583-584 | 07/15/1992 | EMC Physician Contracts List | | |
| 150J | RCI 27587 | 07/15/1992 | EMC Physician Contracts List | | |
| 151A | Edgewater 039151-039186 | Multiple Dates | Contracts for Services between Edgewater Medical Center and W. Wise | | |

7

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 192 | E 001773-001776 | 12/08/1997 | Fax from J. Lunde to S. Rao Vavilikolanu re: anesthesia issues | | |
| 200 | RDX 010160-010162 | 04/06/1998 | Letter from P. Rogan to S. Albrecht of Federated Investors attaching letter from Foley & Lardner re: compliance of 1998 Amended and Restated Hospital Management Agreement | | |
| 222 | RCI 012625-012638 | 1995-1996 | Handwritten note from R. Ehmen to P. Rogan enclosing Physician Compensation Survey | | |
| 235 | 106376 | 12/11/1998 | Letter from A. Cubria to H. Zeisel re: Negotiation of Lease Renewal | | |
| 236 | RCI 011132-011142 | 01/29/1999 | Letter from QuadraMed to T. Lockard of McDermott, Will & Emery enclosing QuadraMed Proposal to Edgewater Medical Center for Compliance Consulting Services | | |
| 238 | RCI 028313-028386 | 10/07/1999 | Final Report on Operational Assessment by QuadraMed | | |
| 246 | 12901-12927 | 04/1999-11/2000 | Provider Time Study Report for A. Cubria | | |
| 254 | 41999-42192 | 1995 | Medicare Cost Reports | | |
| 255 | 42678-42867 | 1996 | Medicare Cost Reports | | |
| 256 | 42342-42497 | 1997 | Medicare Cost Reports | | |
| 258 | 42498-42670 | 1998 | Medicare Cost Reports | | |
| 259 | 42193-42341 | 1999 | Medicare Cost Reports | | |
| 272 | a 3268-3269 | | Fax from B. Ostruder to S. Coon re: A. Cubria | | |
| 273A | 12864 | 11/01/1992 | Physician Contract Action Form | | |
| 273B | 12718-12719 | 11/08/1996 | Physician Contract Action Form | | |
| 273C | 12746-12747 | 11/08/1996 | Physician Contract Action Form | | |
| 273D | 44053-54 | 03/07/1997 | Physician Contract Action Form | | |
| 273E | 12553 | 06/02/1997 | Physician Contract Action Form | | |
| 273F | 12830 | 02/01/1999 | Physician Contract Action Form | | |
| 273G | 12824 | 03/01/2000 | Physician Contract Action Form | | |

8

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 273H | 12858 | 03/01/2000 | Physician Contract Action Form | | |
| 286 | 25104-25696 | Various | Edgewater Medical Center Physician Statistics | | |
| 293 | T 000133; T 000001 | 02/08/2005 | Letter from J. Tatooles to P. Rogan re: Meeting. | | |
| 295 | T 000003-05 | 11/22/1999 | Letter from R. Hoban to M. Wilbur re: Physician Referral Service | | |
| 296 | T 000006-10 | 01/08/1998 | Letter from J. Tatooles to R. Hoban re: Ravi Barnabas, M.D. with attachments | | |
| 297 | T 000011-18 | 01/19/1998 | Fax from Hoban to R. Ehmen re: Part Time Employment Agreement | | |
| 298 | T 000019-21 | 04/21/1997 | Letter from J. Tatooles to J. Gaynor re: Physician Incentive Program | | |
| 299 | T 000022-43 | 03/17/1998 | Letter from T. Myers to J. Tatooles re: Andrew Cubria, M.D. Florida Real Estate Information | | |
| 300 | T 000044 | 02/27/1998 | Memo from J. Tatooles to R. Ehmen and P. Rogan re: Update on Latino Institute | | |
| 301 | T 000045-49 | 04/27/1998 | Fax from R. Ehmen to J. Tatooles re: Latino Physician Referral Service | | |
| 302 | T 000050-52 | 05/01/1998 | Letter from R. Ehmen to Dear Dr. re: Latino Physician Referral Service | | |
| 303 | T 000053-61 | 04/17/1998 | Latino Institute Chart | admitted | |
| 304 | T 000062-66 | 05/01/1997 | Memo from J. Tatooles to R. Hoban re: Facility and Personnel Agreement | | |
| 305 | T 000067-70 | 03/26/1997 | Letter from J. Tatooles to R. Hoban re: Southside Clinic | | |
| 306 | T 000071-73 | 03/31/1997 | Memo from J. Tatooles to R. Ehmen re: Kumar Clinic | | |
| 309 | T 000107 | 03/11/1998 | Memo from J. Tatooles to J. Skvarek et. al re: Proposed Wellness Program | | |
| 310 | T 000108-116 | 10/18/1995 | Letter from J. Tatooles to R. Ehmen re: Cubria Consulting Agreement | | |
| 311 | T 000117-124 | 07/23/1997 | Letter from J. Tatooles to P. Rogan re: Cubria Option | | |

9

| TRIAL EX # | BATES NUMBER | DATE | DESCRIPTION/FOLLOW UP/NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 313 | T 000129-132 | 08/14/1997 | Letter from J. Tatooles to R. Hoban re: Andrew Cubria, M.D., S.C. | | |

10

NEW DOCUMENTS ADMITTED DURING TRIAL

| TRIAL EX # | BATES NUMBER | | DESCRIPTION/FOLLOW UP/NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 316 | Edgewater 044363-044388 | 03/01/1997 | Teaching and Proctoring Agreement between Northside Operating Company and Jong Jin, M.D. | | |
| 317 | Edgewater 041293-041318 | 01/01/1996 | Teaching and Proctoring Agreement between Northside Operating Company and Mir Akif Ali, M.D. | | |
| 318 | Edgewater 041267-041292 | 07/01/1996 | First Amendment to Medical Directorship Agreement between Northside Operating Company and Mir Akif Ali, M.D. | | |
| 319 | Edgewater 041319-041339 | 03/01/1996 | Professional Independent Contactor Agreement between Northside Operating Company and Mir Akif Ali, M.D. | | |
| 320 | 932891 | 08/26/1998 | Memo from Andrew Cubria to Roger Ehmen re: Jose Tejeda | | |
| 326 | 13183-13184 | 12/31/1997 | Check Request for Andrew Cubria | | |
| 994 | | 04/23/1998 | Clips of Taped Conversation between Dr. Rao and Roger Ehmen | | |
| 997 | | 05/01/1998 | Clip of Taped Conversation between Dr. Rao and Roger Ehmen | | |
| 1021 | | 07/10/1998 | Clip of Taped Conversation between Dr. Rao and Roger Ehmen | | |
| 1113 | | 12/30/2005 | Excerpt of Rodney Ehmen Deposition | | |
| 1135 | 13002-13281 | 12/22/1997 | Cubria Note Analysis | | |

11

NEW DOCUMENTS

| TRIAL EX # | BATES NUMBER | | DESCRIPTION/FOLLOW UP/ NOTES | OBJECT. | ADMITTED/ NOT ADMITTED |
|---|---|---|---|---|---|
| 314 | Arent Fox 000072-000075 | 03/04/1998 | $55,000,000 IHFA Edgewater Medical Center Distribution List | | pending |
| 315 | | Undated | Curriculum Vitae of George E. Thoma, Jr., M.D. | | withdrawn |
| 324 | 13172-13173 | 11/10/1997 | Check Request for Andrew Cubria | | admitted |
| 325 | 13178-13179 | 12/02/1997 | Check Request for Andrew Cubria | | admitted |

All trial exhibits were filed in hard copy format, in six volumes, due to their excessive size.

12