JH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JAN - 5 2007 WH
Jan. 5, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | No. 0% C 3310 |
| ) | 02 cv 3310 |
| ) | Judge Darrah |
| ) | |
| v. ) | |
| ) | |
| PETER G. ROGAN, ) | |
| ) | |
| Defendant ) | |

DEFENDANT'S REPLY MEMORANDUM
IN RESPONSE TO MOTION FOR RULE TO SHOW CAUSE

1. I acknowledge that the Citation to discover Assets did eventually come to my attention. However, I was never personally served.

2. I am unable to respond to the Plaintiff's assertions regarding the disclosure of documents concerning my assets, because, despite the requests of my counsel in British Columbia, the Plaintiff has not advised what documents it now has in its possession and what documents it says are missing. I believe that I have produced all relevant documents in my possession or control.

3. I will make myself available for a deposition as to my assets and the matters set out in my affidavit in Vancouver, Canada where I am currently residing at a time and date convenient to the Plaintiff's attorney.

ALL OF WHICH IS RESPECTFULLY SUBMITTED

BY: _____
PETER G. ROGAN

113817/679745.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies the following:

Defendant's Reply Memorandum In Response To Motion For Rule To Show Cause

was sent by fax and regular first class mail on January _04_, 2007 to:

> Joseph A. Stewart
> Assistant United States Attorney
> 219 South Dearborn Street
> Chicago, Illinois

_[signature]_
Denise E. Taker
c/o Harper Grey LLP
Barristers & Solicitors
3200 Vancouver Centre
650 West Georgia Street
Vancouver, BC V6B 4P7
Fax: 604-669-9385

113817/680029.1