UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
FEB 0 2 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
) Case No. 02 C 3310
Plaintiff, )
) No. 02 C 3310
v. )
) Judge Darrah
PETER ROGAN, )
)
Defendant. )

## LIST OF TRIAL EXHIBITS RECEIVED IN EVIDENCE AND DESIGNATED BY PLAINTIFF FOR THE RECORD ON APPEAL

The following trial exhibits were received in evidence and supplement the Record on Appeal pursuant to a January 17, 2007, order of the district court:

| Government Exhibits | Located in Box Number |
|---|---|
| 1A - E | 1 |
| 2A - D | 1 |
| 3A - D | 1 |
| 4A - C | 1 |
| 5A - C | 1 |
| 6A - D | 1 |
| 7A - D | 4 |
| 8A - E | 1 |
| 9 | 1 |
| 10A - D | 1 |
| 11A - B | 1 |
| 12 - 13 | 1 |
| 14A - B | 2 |

| | |
|---|---|
| 15A -D | 2 |
| 16A -C | 2 |
| 17 | 2 |
| 18A -C | 2 |
| 19A -G | 2 |
| 20 | 2 |
| 21A -J | 2 |
| 22 -24 | 2 |
| 25A -B | 2 |
| 26A -E | 2 |
| 27 - 31 | 2 |
| 32A -G | 3 |
| 33 | 3 |
| 34A -F | 3 |
| 35 - 36 | 3 |
| 37A - H | 3 |
| 38A -C | 3 |
| 39A -B | 3 |
| 40A -F | 3 |
| 41A -F | 3 |
| 42A - C | 3 |
| 43-44 | 3 |
| 45A - I | 3 |
| 46A - E | 3 |
| 47A - E | 4 |
| 48 -50 | 4 |

| | |
|---|---|
| 51A -B | 4 |
| 52 - 58 | 4 |
| 59A - B | 4 |
| 60 - 75 | 4 |
| 80 - 82 | 4 |
| 88 | 4 |
| A1 - A15 | 4 |
| **Joint Exhibits** | **Located in Box Number** |
| JX1 - Volume 1<br>EMC000001 - EMC000667 | 6 |
| JX1 - Volume 2<br>EMC000668 - EMC001204 | 6 |
| JX1 - Volume 3<br>EMC001205 - EMC001685 | 7 |
| JX1 - Volume 4<br>EMC001686 - EMC002218 | 7 |
| JX1 - Volume 5<br>EMC002219 - EMC002762 | 8 |
| JX1 - Volume 6<br>EMC002763 - EMC003268 | 8 |
| JX1 - Volume 7<br>EMC003269 - EMC003894 | 9 |
| JX1 - Volume 8<br>EMC003895 - EMC004484 | 9 |
| JX1 - Volume 9<br>EMC004485 - EMC005102 | 10 |

| | |
|---|---|
| JX1 - Volume 10<br>EMC005103 - EMC005388<br>RCI12846-RCI 12852<br>RCI23743-RCI 23786<br>RCI25324-RCI25334<br>RCI25429-RCI25433<br>RCI26084-RCI26088<br>RCI26181-RCI26182<br>EDGE04232-EDGE04241<br>EDGE 04188-EDGE04209<br>04209 | 10 |
| JX2 - JX13B | 5 |
| JX13C - JX40A | 5 |
| JX40B - JX43 | 5 |

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Thomas Walsh*
THOMAS P. WALSH
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5312