UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
FEB 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 02 C 3310 |
| ) | |
| PETER ROGAN, ) | |
| ) | |
| Defendant, ) | Judge John W. Darrah |
| and ) | |
| ) | Magistrate Judge Nolan |
| DOYNE'S MARINE, INC. ) | |
| ) | |
| Garnishee. ) | |

## ANSWER OF THE GARNISHEE

_Michael E Doyne_, STATES AS FOLLOWS:

IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name of _____.

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a partner of or an agent for _____, a partnership.

IF GARNISHEE IS A CORPORATION:

    That he/she is the (state title) _President_ of Garnishee, a corporation, organized under the laws of the State of _IL_.

On _2/16/07_, Garnishee was served with the Writ of Continuing Garnishment.

With respect to the defendant, Peter Rogan, please answer the following:

1

If the defendant was employed by the Garnishee on the date the Garnishee received the Writ of Continuing Garnishment, answer questions 1 through 4 for the pay period in effect on the date the Garnishee received the Writ and answer questions 5 and 6 as of the date the Garnishee received the Writ.

If the defendant was <u>not</u> employed by the Garnishee on the date the Garnishee received the Writ, answer questions 1, 5 and 6 as of the date the Garnishee received the Writ.

1. Defendant was in my/our employ.   Yes ___   No _X_
   If no, state last day of employment. _Never_.
   State defendant's current employer, if known: _UNKNOWN_.

2. Defendant's pay period is ___ weekly, ___ bi-weekly, ___ semi-monthly, ___ monthly.
   Enter date present pay period began _____ and date it ends _____.
   (Present means the pay period in which the Writ of Garnishment was served).

3. Enter amount of net wages for present pay period.

   Calculate below:
   (a) Gross Pay                                $ _____

   (b) Federal Income Tax                       $ _____

   (c) F.I.C.A. Income Tax                      $ _____

   (d) State Income Tax                         $ _____

   (e) City/Local Income Tax                    $ _____

   Total of tax withholdings                    $ _____

   Disposable Earnings                          $ _____
   ((a) less total of (b)(c)(d)and (e))

   25% of disposable earnings                   $ _____

**NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE EMPLOYER**

4.  Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony? Yes ___ No ___

    If the answer is yes, describe below.

    _____
    _____

5.  Do you, the Garnishee, have custody, control or (possession) of any property, other than wages now owed or to be paid in the future, in which the defendant has an interest?
    Yes X  No ___

    If yes, please describe below (continue on additional sheets if necessary):

    | Description of Property (Including account #) | Approximate Value | Description of Defendant's Interest |
    |---|---|---|
    | a. | | |
    | b. | | |
    | c. | | |

6.  Other than wages, Garnishee anticipates owing to the defendant in the future the following amounts (continue on additional sheets if necessary):

    | Description | Approximate Value | Estimated Due Date |
    |---|---|---|
    | a. 48 ft. Cruiser | Unknown | 27 moorings for 06/07 indue and owing |
    | b. | | |
    | c. | | |

Check and complete the applicable line below if you deny that you hold property subject to this Writ of Continuing Garnishment.

____ The Garnishee makes the following claim of exemption/election of exemption on the part of Defendant:

_____

____ The Garnishee has the following objections, defenses, or set-offs to the United States' right to apply Garnishee's indebtedness to defendant to the United States' claim:

_____

3

___ On the date the Garnishee was served with the Writ of Continuing Garnishment, Garnishee was not indebted or under liability to the defendant, and/or the Garnishee did not have in his/her/its possession or control any wages, income or other property belonging to the defendant, or in which the defendant has an interest and is not liable as Garnishee in this action.

The original Answer must be filed with the Clerk of the Court for the Northern District of Illinois located at 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. The Clerk does not charge a fee for filing the Answer. You may file the Answer in person or by mailing the Answer to the Clerk by first-class mail.

The Garnishee filed the Answer with the Clerk and mailed a copy of this Answer by first-class mail to:

(1) the defendant, Peter Rogan, at  476 Wexford Rd
    Valparaiso, IN 46385

AND

(2) the attorney for the United States, Melissa A. Childs, Assistant U.S. Attorney, 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 - Attention: Financial Litigation Unit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this _22nd_ day of _2_, 20_07_.

_____
Garnishee

4