UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JUL 14 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | |
| v. ) | No. 02 C 3310 |
| PETER ROGAN, ) | |
| Defendant, ) | Judge John W. Darrah |
| and ) | |
| 410 MONTGOMERY, LLC, JERRY ) WHITLOW, individually and as Registered ) Agent of 410 MONTGOMERY, LLC, and ) McCORKLE PEDIGO & JOHNSON, LLP, ) | |
| Garnishees. ) | |

## PLAINTIFF'S NOTICE OF PAPER FILING OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The United States of America, by its attorney Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, pursuant to section VII(C) of the General Order on Electronic Case Filing, submits the following exhibits in paper copy in support of its motion for summary judgment because the exhibits exceed the file size limit for electronic case filing:

Exhibit A    Judgment entered September 29, 2006 (Dkt. No. 216)

Exhibit B    *United States v. Peter G. Rogan*, 459 F. Supp. 2d 692 (N.D. Ill. 2006), *aff'd*, 517 F. 3d 449 (7th Cir. 2008)

Exhibit C    Criminal Complaint in *United States v. Peter G. Rogan*, No. 08 CR 415 (N.D. Ill.) filed May 23, 2008

Exhibit D    Emergency Application for Writ of Continuing Non-Wage Garnishment (Dkt. No. 263)

Exhibit E    Answers to Writ by Garnishees (Dkt. Nos. 272-274)

Exhibit F    Escrow Agreement

| | |
|---|---|
| Exhibit G | Order and Amended Order for Deposit of Funds in Escrow (Dkt. Nos. 268, 271) |
| Exhibit H | Deposition of Frederick M. Cuppy |
| Exhibit I | Deposition of Jerry Whitlow |
| Exhibit J | Deposition of John Foley |
| Exhibit K | Brian P. Rogan Trust |
| Group Exhibit L | Oceanic Bank & Trust Limited Affidavit of Matthew F. Gibbons and attached Excerpt of Oceanic Document Production<br>• Requirements for New Clients, OB533046<br>• October 13 - September 30, 2004 E-mail, OB732-34<br>• October 19-20, 2004 E-mail, OB 1911<br>• September 16-17, 2004 E-mail, OB1914<br>• Cuppy Correspondence: OB134, 151, 157-59, 210-11, 229-30, 251-52, 268, 272, 277, 1774, 1672-73, 1667-68, 1663, 1656, 1652-53, 1593-94, 1562, 1560, 1494-96, 1433-34, 1390, 1369, 1347-48, 1256, 1127, 857 |
| Exhibit M | Peter G. Rogan Irrevocable Trust 001 (PGR Bahamas Trust) |
| Exhibit N | Excerpt of Deposition of Brian Rogan |
| Exhibit O | Excerpt of Deposition of Robert Rogan |
| Exhibit P | Excerpt of Deposition of Sara Rogan |
| Exhibit Q | Certificate of Service |
| Group Exhibit R | Collection of Correspondence between Fred Cuppy and David Miller and/or Peter Rogan<br>• April 17, 1998 Letter stamped BCC CTA 1927-29<br>• March 16, 2000 Letter stamped BI 18828-29<br>• August 8, 2000 Letter stamped Foley 410_3<br>• July 27, 2001 E-mail re "Money & Other Stuff" about Boulevard Investors, LLC<br>• May 10, 2002 Memo stamped BI 26728<br>• November 19, 2002 E-mail stamped BI 18931<br>• July 17, 2003 E-mail re "Trusts" (deposit envelopes)<br>• August 14, 2003 E-mail re "Various items" (Whitlow and Boulevard)<br>• October 27, 2004 E-mail re "Subpoenas Received Today" (Georgia LLCs) |
| Group Exhibit S | Recapitulation of CFMT Loans and CFMT Promissory Notes |

| | |
|---|---|
| Exhibit T | Burke, Costanza & Cuppy, LLP 2005 First Quarter Newsletter |
| Exhibit U | *Dexia v. Rogan,* No. 02 C 8288 (N.D. Ill.) Order entered October 19, 2004 (Dkt. No. 118) and September 21, 2004 (Dkt. No. 109) |
| Exhibit V | Excerpt of Deposition of Peter Rogan |
| Exhibit W | Affidavit of James McGuire |

A paper copy of these documents will be filed with the court clerk's office as required by local rules and a copy of this Notice of Paper Filing will be electronically filed in connection with the United States' Local Rule 56.1 Statement of Material Facts.

                Respectfully submitted,

                PATRICK J. FITZGERALD
                United States Attorney

                By:  s/Melissa A. Childs
                      MELISSA A. CHILDS
                      Assistant United States Attorney
                      219 South Dearborn Street, 5th Floor
                      Chicago, Illinois 60604
                      (312) 353-5331
                      melissa.childs@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

**PLAINTIFF'S NOTICE OF PAPER FILING OF EXHIBITS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on July 14, 2008, to the following non-ECF filers:

410 Montgomery, LLC, Jerry Whitlow, and
Robert McCorkle c/o
McCorkle, Pedigo & Johnson, LLP
319 Tattnall Street
Savannah, Georgia 31401

Peter G. Rogan
1155 Mainland Avenue
Suite 603
Vancouver, British Columbia, V6B5P2

s/Melissa A. Childs
MELISSA A. CHILDS
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-5331