```
 1                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                            EASTERN DIVISION

 3
         UNITED STATES OF AMERICA,        )
 4                                        )
                           Plaintiff,     )
 5                                        )
                                          )
 6        -vs-                            ) Case No. 02 C 3310
                                          )
 7                                        ) Chicago, Illinois
          PETER ROGAN, et al.,            ) February 16, 2010
 8                                        ) 9:00 o'clock a.m.
                           Defendants.    )
 9

10                      TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE JOHN W. DARRAH
11
         APPEARANCES:
12
         For the Plaintiff:        HON. PATRICK J. FITZGERALD
13                                 United States Attorney
                                   BY:  MR. JOSEPH A. STEWART
14                                 Assistant United States Attorney
                                   219 South Dearborn Street
15                                 Chicago, Illinois 60604

16       For the Defendants:       MANDELL MENKES LLC
                                   BY:  MS. LINDSAY HARVEY LA VINE
17                                 333 West Wacker Drive
                                   Suite 300
18                                 Chicago, Illinois 60606

19                                 KELLEY DRYE & WARREN LLP
                                   BY:  MS. CATHERINE E. JAMES
20                                 333 West Wacker Drive
                                   Suite 2600
21                                 Chicago, Illinois 60606

22                         Mary M. Hacker
                        Official Court Reporter
23                    United States District Court
                 219 South Dearborn Street, Suite 1212
24                     Chicago, Illinois  60604
                      Telephone:  (312) 435-5564
25
```

1          THE CLERK:  02 C 3310, United States versus Peter

2     Rogan.

3          MS. LA VINE:  Good morning, your Honor.  Lindsay

4     Levine, L-A-V-I-N-E, on behalf of the claimants, Jerry and

5     Diane Whitlow.

6          THE COURT:  Good morning, Ms. LaVine.

7          MS. JAMES:  Good morning, your Honor.  Catherine

8     James on behalf of 410 Montgomery.

9          THE COURT:  Good morning, Ms. James.

10          MR. STEWART:  Good morning, your Honor.  Joseph

11     Stewart on behalf of the United States.

12          THE COURT:  Good morning, Mr. Stewart.

13          And we have the ongoing saga of the United States

14     of America versus Peter Rogan.

15          MR. STEWART:  Correct, your Honor.

16          THE COURT:  This comes on this morning on a motion

17     for clarification.  Do you have any response to that,

18     Mr. Stewart?

19          MR. STEWART:  Your Honor, we would like to file a

20     response.  And there's another party also who couldn't be

21     here today, Gabriel Eisenberg with Howard Simon, who actually

22     says that he represents 410 Montgomery at this point.

23          THE COURT:  I see.  The plot is even thicker than

24     we thought?

25          MR. STEWART:  Yes, the plot is getting thicker, but

1    I hope it will come to some resolution.

2              You know, the summary judgment order that this

3    Court entered resolved most of the issues in this case.

4    There are still a few issues that need to be resolved.

5              THE COURT:  Right.

6              Do you have any objection to going off the record

7    for a moment?

8              MR. STEWART:  No, your Honor.

9              MS. LA VINE:  No, your Honor.

10             MS. JAMES:  No, your Honor.

11        (Discussion had off the record.)

12             THE COURT:  Mr. Stewart has asked for 14 days to

13   file a response.

14             THE CLERK:  March 2nd.

15             THE COURT:  Seven days to reply?

16             MS. LA VINE:  That's fine.

17             THE CLERK:  March 9th.

18             THE COURT:  And a status date as to that.

19             THE CLERK:  April 14th at 9:00 a.m.

20             MR. STEWART:  May I ask also for leave for Gabriel

21   Eisenberg of Howard Simon to file a response to the motion

22   for clarification?

23             THE COURT:  Yes.

24             MR. STEWART:  Thank you.

25             MS. LA VINE:  Your Honor, just to clarify, the

 1    Whitlows, their claim was that Jerry and Diane Whitlow each

 2    owned a one-sixth interest in Taylor Row, which comes out to

 3    being approximately $398,000, and that Jerry had an interest

 4    in the profits from the sale of -- I believe it was his work

 5    with the Jones Square Condominiums.  And does that mean that

 6    in lieu of the order that we -- that the Whitlows are

 7    precluded from the money that has --

 8            THE COURT:  It means that the order is what the

 9    order is, except that there is a motion to clarify the order

10    as to certain claimants, and I'm going to rule on that motion

11    to clarify.

12            MS. LA VINE:  Your Honor, would you like us to file

13    a motion to --

14            THE COURT:  I would not encourage you to do that,

15    but I suppose you have a right to do that.

16            MS. LA VINE:  Okay.

17            MS. JAMES:  Your Honor, I believe the order also

18    says that today we'll set a hearing date for the remaining

19    funds that --

20            THE COURT:  No.  I think what Mr. Stewart was

21    leading up to was that all the sides should probably meet and

22    confer regarding how to dispose of the remaining issues.

23            MR. STEWART:  Yes.

24            And, your Honor, one thing that we would like to do

25    is, we would like to file a motion that addresses Judge

1    Kennelly's ruling in that other proceeding --

2         THE COURT:  Why don't we use that status date as a

3    scheduling date for further proceedings.

4         MR. STEWART:  Okay.

5         THE COURT:  Counsel, is that fair enough?  Is that

6    what you were driving at?

7         MS. JAMES:  Yes.

8         THE COURT:  Okay.

9         MR. STEWART:  Okay.  Then the next status date

10   would be?

11        THE CLERK:  April 14th at 9:00 a.m.

12        MR. STEWART:  Very good.

13        THE COURT:  Okay.

14        MS. LA VINE:  Thank you, your Honor.

15        MR. STEWART:  Thank you, your Honor.

16        (Which were all the proceedings heard.)

17                       CERTIFICATE

18        I certify that the foregoing is a correct transcript

19   from the record of proceedings in the above-entitled matter.

20

21     /s/ *Mary M. Hacker*                    **February 25, 2010**

22   _____          _____
     Mary M. Hacker                    Date
23   Official Court Reporter

24

25